Paul, Hastings, Janofsky & Walker LLP
STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
EDWARD R. RASKIN (SB# 244936)
edwardraskin@paulhastings.com
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 683-6200
Facsimile:  (714) 979-1921

JAN E. EAKINS (SB# 100612)
janeakins@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street, 25the Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 996-3356

Attorneys for Defendants
GMRI, INC. and DARDEN RESTAURANTS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ANNA JOHNSON and LANDON BRINKMAN, individually and on  behalf of all others similarly situated,

>Plaintiffs,

vs.

GMRI, INC. and DARDEN RESTAURANTS INC, dba Olive Garden Restaurants and Does 1 through 20, inclusive,

>Defendants.

CASE NO. 1:07-CV-00283-LJO-DLB

**STIPULATION RE CONTINUANCE OF SCHEDULING CONFERENCE AND RELATED DATES; [PROPOSED] ORDER**

Hon. Lawrence J. O'Neill

Case 1:07-cv-00283-LJO-DLB   Document 43   Filed 07/20/07   Page 2 of 4

In accordance with Local Rule 83-143 of the Eastern District of California, the parties submit this Stipulation regarding the Continuance of the Scheduling Conference and Related Dates based on the following facts:

A. The parties timely conducted the required conference of counsel pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order dated February 21, 2007.

B. The parties desire to continue the Scheduling Conference presently scheduled for August 2, 2007, and related dates for submitting the Joint Scheduling Report and exchanging Initial Disclosures in order to have an opportunity to participate in settlement discussions in a good faith effort to resolve this matter.

ACCORDINGLY, the parties through their respective counsel hereby stipulate and agree as follows:

1. The Scheduling Conference will be continued from August 2, 2007, to August 30, 2007, at 8:45 a.m., or a date thereafter at the Court's convenience.

2. The Joint Scheduling Report will be filed with the Court on August 23, 2007.

3. The Initial Disclosures will be exchanged by the parties in accordance with Rule 26(a) of the Federal Rules of Civil Procedure on August 23, 2007.

DATED: July 19, 2007   PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
JAN E. EAKINS
Attorneys for Defendants

GMRI, INC. and DARDEN RESTAURANTS INC.

DATED: July 19, 2007   GIRARDI / KEESE

By: _____/s/_____
JOHN K. COURTNEY
Attorneys for Plaintiffs

ANNA JOHNSON and LANDON BRINKMAN

IT IS SO ORDERED.

**Dated:   July 20, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE