IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON BRINKMAN and ANNA JOHNSON, | CASE NO. CV F 07-0283 LJO DLB |
| Plaintiffs, | **PRELIMINARY SCHEDULING ORDER** |
| vs. | |
| GMRI, Inc., *et al.*, | |
| Defendants. | |

This Court conducted a preliminary scheduling conference on October 17, 2007 in Courtroom 4 (LJO). Plaintiffs Landon Brinkman and Anna Johnson ("plaintiffs") appeared by telephone by counsel William Hinkle and Jennifer Lenge, Girardi and Keese. Defendants GMRI, Inc. and Darden Restaurants, Inc., d/b/a/ Olive Garden Restaurants ("defendants") appeared by telephone by counsel Stephen Berry, Paul Hastings Janofsky and Walker.

This action arises from defendants' alleged failure to pay split shift premiums to plaintiffs and other similarly situated employees at Olive Garden Restaurants in California and requiring plaintiffs to pay for cash shortages. After discussion with counsel, this Court:

1. SETS a June 9, 2008 cutoff for discovery regarding class certification only;
2. SETS the following briefing schedule for class certification:
    a. August 25, 2008 – Deadline to file motion for class certification or motion to

1

deny class certification; and

    b. September 22, 2008– Deadline to file opposition to motion for class certification or motion to deny class certification;

3. SETS a hearing on September 29, 2008 at 8:30 a.m. in Courtroom 4 (LJO) on the anticipated motion for class certification or motion to deny class certification;

4. DIRECTS the parties, after determination of the class certification issue, to jointly contact the Court to set a conference to set further discovery, motion, trial and related dates; and

5. DIRECTS the parties to submit a short statement on the issue of whether this Court should relate *Alberto v. GMRI Inc., d/b/a/ Olive Garden*, Case No. 2:07-CV-1895 WBS DAD on or before October 29, 2007.

IT IS SO ORDERED.

**Dated:**   **October 17, 2007**          **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE