# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON BRINKMAN and ANNA JOHNSON,<br><br>        Plaintiffs,<br><br>  vs.<br><br>GMRI, Inc., *et al.*,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 07-0283 LJO DLB<br><br>**ORDER ON DEFENDANTS' REQUEST TO RELATE CASES** |

At an October 19, 2007 scheduling conference, Defendants asserted that *Alberto v. GMRI, Inc.*, 2:07-CV-1895-WBS-DAD should be related to the above-titled action. The Court read and reviewed the parties' joint statement regarding Defendants' notice of related cases and finds that the definition of related cases, as set forth in this Court's Local Rule 83-123, is not satisfied. The cases involve dissimilar legal issues and different parties. Assignment of the cases to a single judge would not effect a savings of judicial effort or other economies. Accordingly, the Court orders:

    1.    Defendants' request to relate *Alberto v. GMRI, Inc.*, 2:07-CV-1895-WBS-DAD with *Brinkman, et al v. GRMI, Inc., et al.*, 1:07-CV-283 LJO DLB is denied; and

    2.    The clerk is directed to file this order on the docket of both cases described above.

IT IS SO ORDERED.

**Dated:**   October 29, 2007                     **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE